UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHELLE LOCKWOOD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-2926** |
| **THE EATON LAW GROUP ATTORNEYS, LLC** | **SECTION "B"(3)** |

## JUDGEMENT

Judgment is hereby granted against Eaton Group Attorneys, LLC and in favor of Michelle Lockwood for the stipulated sum of $1,001.00, plus accrued court costs of $485.75, plus attorneys fees' of $3,245.00 (based upon 0.5 hours spent by G. Thomas Martin, III at $350.00 per hour, 8.2 hours spent by Darin Shaw at $250.00 per hour, 3.8 hours spent by Nicholas Graphia at $200.00 per hour, and 2.6 combined paralegal hours spent by Asad Arastu and Caria Castro Rivas at $100.00 per hour.).

Accordingly, JUDGMENT is hereby entered in favor of Plaintiff, MICHELLE LOCKWOOD, and against Defendant, EATON GROUP ATTORNEYS, LLC, in the total sum of $4,731.75.

New Orleans, Louisiana, this 8th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE